384 A.2d 990

Commonwealth v. Paul Moss, Appellant.

Argued November 18, 1977. Thomas T. Frampton, with him Stranahan & Stranahan, for appellant; David B. Douds, Assistant District Attorney, with him Samuel J. Orr, IV, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.